UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| JAMES RUTHERFORD | CASE NUMBER: |
| --- | --- |
| v.           Plaintiff(s) | 5:20-cv-01202-MFW (KKx) |
| RTE PROPERTIES LLC<br><br>Defendant(s) | ADA DISABILITY ACCESS LITIGATION:<br>APPLICATION FOR STAY<br>AND EARLY MEDIATION |

1. Party (name): _____RTE PROPERTIES LLC_____ requests a stay of proceedings and early mediation through the Court's ADR Program

2. The complaint in this case asserts a claim under Title III of the Americans with Disabilities Act ("ADA"), 42 U.S.C. §§ 12181-12189.

3. The party filing this Application for Stay and Early Mediation requests that the Court:

   a. Stay these proceedings;

   b. Schedule an early mediation through the Court's ADR Program;

   c. Order Plaintiff to file with the Court and serve on Defendant(s) within fourteen (14) days of the date of the Order granting Application for Stay and Early Mediation a statement that includes the following:

      1) An itemized list of specific conditions on the subject premises that are the basis of the claimed violations of the ADA; and

      2) An itemized list of damages and, for each item, the amount sought.

   d. Order Defendant to file with the Court and serve on Plaintiff(s) at least ten (10) days before the date set for the early mediation any evidence Defendant intends to rely upon to support a claim that the alleged violations have been remedied or that no violation exists.

Date: August 29, 2020

| DAVID DUNLAP JONES | *David Dunlap Jones* |
| --- | --- |
| Type or Print Name | Signature of Attorney (or Party without Attorney) |

**Opposition to this Application for Stay and Early Mediation
must be filed no later than seven (7) days from the date of service of this
Application for Stay and Early Mediation.**

David Dunlap Jones (SBN 212053)
LAW OFFICES OF DAVID DUNLAP JONES, APLC
250 El Camino Real, Suite 101
Tustin, CA 92780
Tel: 714.730.6477
Fax: 714.242.9941
davidjones@ddunlaplaw.com

Attorney for Defendant RTE Properties LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD,<br><br>Plaintiff,<br><br>v.<br><br>RTE PROPERTIES, LLC, a California Limited Liability Company; and Does 1-10,<br><br>Defendants. | Case Number: 5:20-cv-01202-MFW (KKx)<br><br>Certificate of Service Re: ADA Disability Access Litigation: Application for Stay and Early Mediation<br><br>Complaint Served:   July 15, 2020<br><br>Trial Date: None<br>District Judge: Michael W. Fitzgerald<br>Magistrate Judge: Kenly Kiya Kato |

## CERTIFICATE OF SERVICE

I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Unless service is governed by F.R. Civ. P. 4 or L.R. 79-5.3, service with this electronic NEF will constitute service pursuant to the Federal Rules of Civil

1 and Criminal Procedure, and the NEF itself will constitute proof of service for individuals so
2 served.

3    August 29th, 2020

4
5                                              By: /s/ David Dunlap Jones
                                               DAVID D. JONES

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28